# CASE NO. 21-4027

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE SIXTH CIRCUIT

---

**BENTKEY SERVICES, LLC**
**D/B/A THE DAILY WIRE,**
*Petitioner,*

v.

**OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION,**
**DEPARTMENT OF LABOR**
*Respondent.*

---

# MOTION FOR LEAVE TO FILE BRIEF
# OF *AMICUS CURIAE*
# THE GAVEL PROJECT
# IN SUPPORT OF PETITIONER

---

RYAN L. HEATH
(AZ BAR NO. 036276)
THE GAVEL PROJECT
4022 E. Greenway Road, Suite 11 - 139
Phoenix, Arizona 85032-4798
Email: ryan.heath@thegavelproject.com
Telephone: (480) 522-6615

*Attorney for Amicus Party The Gavel Project*

1

# MOTION

Pursuant to Fed. R. App. P. 29(a), Attorneys for The Gavel Project hereby petition the Court for leave to file a brief as *Amicus Curiae* and for Attorney Ryan Heath to participate in oral argument. This brief further's The Gavel Project's interest insofar as it aligns with the Organization's goals as an educational and charitable entity, which is currently seeking 501(c)(3) status (having submitted its Form 1023). Specifically, The Gavel Project aims to preserve the rule of law, civil liberties, and the American Dream for generations to come. Because the "COVID-19 Vaccination and Testing; Emergency Temporary Standard" (the "Standard"), if adopted, would infringe upon the civil liberties of Millions of American citizens (including business entities, such as Petitioner), The Gavel Project is interested in the matter.

The proposed *amicus* brief is desirable because the arguments presented would disentangle a complex litigation into two simple issues. First, concerns whether Government officials may prescribe what is generally orthodox in matters of personal opinion, conscious, and self choice. The second issue is whether the act of refusing to comply with the Standard being set, amounts to expressive conduct (speech) protected by the First Amendment of the United States Constitution.

# CONCLUSION

For the foregoing reasons, Attorney for *Amicus* Party, The Gavel Project, respectfully requests that the motion be granted.

DATED: November 8th, 2021                                                 THE GAVEL PROJECT

*/s/ Ryan Heath*
By: Ryan L. Heath
President & CEO

## VERIFICATION

I certify that on November 8, 2021, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

DATED: November 8th, 2021                                                   THE GAVEL PROJECT

                                                                                                      By: Ryan L. Heath
                                                                                                      President & CEO
                                                                                                      The Gavel Project